THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD M. BARR, JR., Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Wyoming County Court dismissing a writ of habeas corpus and remanding relator to the custody of the Warden of Attica State Prison.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

ETHEL FLETCHER, as Administratrix of the Estate of RAYMOND D. FLETCHER, Deceased, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 35236.) — Judgment affirmed, with costs. All concur. (Appeal from a judgment of the Court of Claims for claimant on a claim for damages for the death of claimant's intestate, alleged to have resulted by reason of said intestate having been shot by a parole officer of the State of New York in an unnecessary and unjustifiable manner.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ. [15 Misc 2d 1014.]

TOWN OF LANCASTER, Appellant, v. STANLEY MALINOWSKI et al., Respondents.— Final order and judgment affirmed, with costs. Memorandum: Many of the issues raised by appellant may not be considered upon this appeal. It is possible that these might have been litigated in the prior action in Supreme Court that was discontinued upon stipulation of the parties to this proceeding. That stipulation *in effect eliminated from the controversy between the parties all questions except a proceeding* under the provisions of sections 147 and 148 of the Highway Law to have duly appointed commissioners determine the amount of damage sustained by respondents by the action of the Town Superintendent of Highways entering upon the lands of respondents "for the purpose of opening an existing ditch or drain, or for digging a new ditch or drain for the free passage of water for the drainage of [certain] highways" (Highway Law, § 147, subd. 1). All concur. (Appeal from final order and from a judgment of Erie Special Term confirming the award of the Commissioners of Appraisal and awarding defendant damages for an alleged trespass upon realty for highway purposes.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.